JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**FILED**

2008 JUN 27 A 10: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08 00423 HRL |
| Plaintiff, | VIOLATION: 18 U.S.C. § 1832(a)(2) – Theft of Trade Secrets |
| v. | |
| ATUL MALHOTRA, | SAN JOSE VENUE |
| Defendant. | |

### INFORMATION

The United States Attorney charges:

At all times relevant to this Information:

#### Background

1.  International Business Machines Corporation ("IBM"), headquartered in Armonk, New York, was a multinational corporation engaged in the business of information technology. IBM's outsourcing and other businesses involve various IBM and non-IBM products, including computer servers, networking equipment, workstations, printers, software, and other items. These products were sold and shipped, and intended to be sold and shipped, in interstate and foreign commerce.

INFORMATION [United States v. Atul Malhotra]

2. Hewlett Packard Company ("HP"), headquartered in Palo Alto, California, was a competitor of IBM.

3. During on or about November 17, 1997 to on or about April 28, 2006, defendant Atul Malhotra was employed by IBM as Director, Sales and Business Development, Output Management Services, IBM Global Services. In that position, defendant Atul Malhotra was responsible for leading a team that developed bids and sold Output Managed Services (management of printers and other output devices) to customers, including as a component of larger IBM strategic outsourcing engagements. As an IBM employee, defendant Atul Malhotra agreed to abide by company terms and polices to maintain the confidentiality of proprietary information and to avoid the disclosure of any trade secrets to any third party.

4. On or about March 15, 2006, while employed at IBM, defendant Atul Malhotra requested and received confidential information concerning IBM Global Services, CC Calibration Metrics, which was marked "IBM Confidential" on each page. This information was a trade secret in that IBM took reasonable measures to keep the information secret; and the information derived independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable through proper means by, the public. In providing the requested information, a Pricing Coordinator at IBM Global Services directed defendant Atul Malhotra: "given the sensitive nature of the material please do not distribute."

5. In or about May 2006, defendant Atul Malhotra became HP Vice President of Imaging and Printing Services.

6. On or about July 25, 2006, defendant Atul Malhotra sent an e-mail to an HP Senior Vice President with the subject, "For Your Eyes Only," and attached the IBM Global Services, CC Calibration Metrics.

7. On or about July 27, 2006, defendant Atul Malhotra sent an e-mail to another HP Senior Vice President with the subject, "For Your Eyes Only - confidential," and attached the IBM Global Services, CC Calibration Metrics.

// // //

// // //

COUNT ONE: ( 18 U.S.C. § 1832 - Theft of Trade Secrets)

8. On or about July 25, 2006, in the Northern District of California, and elsewhere, the defendant

ATUL MALHOTRA

with intent to convert a trade secret to the economic benefit of someone other than the owner thereof, specifically, IBM Global Services, CC Calibration Metrics, which trade secret was related to, and included in, products that were produced for and placed in interstate and foreign commerce, did, without authorization copy, duplicate, download, upload, photocopy, replicate, transmit, deliver, send, mail, communicate, and convey such information, and attempt to do so, and intending and knowing that his possession, appropriation or communication would injure IBM, the owner of the trade secret.

All in violation of Title 18, United States Code, Sections 1832(a)(2).

Dated: June 27, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch

(Approved as to form: *Mark L. Krotoski*)
AUSA SUSAN KNIGHT
AUSA MARK L. KROTOSKI

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 27 A 10: 49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**
18 U.S.C. § 1832(a)(2) - Theft of Trade Secret

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
10 years imprisonment, $250,000 fine, 5 years supervised release, $100 special assessement

**DEFENDANT - U.S.**
▶ ATHUL MALHOTRA

**DISTRICT COURT NUMBER**
CR-08 00423 JF

HRL

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FBI - Special Agent William Ng

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Susan Knight & Mark Krotoski

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: