UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Arraignment and Disposition Hearing, July 11, 2008
**Case Number:** CR-08-00423-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   UNITED STATES OF AMERICA V. ATUL MALHOTRA

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Atul Malhotra |
| Attorneys Present: Mark Krotoski, Susan Knight | Attorneys Present: John Vandevelde |

PROCEEDINGS:

Arraignment and disposition hearing held. Counsel and defendant are present. Defendant waives arraignment and indictment. Defendant pleads guilty to Count 1 of the Information. Continued to 10/29/08 at 11:00 a.m. for judgment and sentencing.

Defendant remains out of custody on his own recognizance, under the conditions imposed by pretrial release.