AO 455 (Rev. 10/95) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**Filed**

JUL 1 1 2008

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____oOo_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ATUL MALHOTRA, | CASE NUMBER: CR 08-00423-JF |

I, <u>ATUL MALHOTRA</u>, the above-named defendant, who is accused of Theft of Trade Secrets, in violation of 18 U.S.C. § 1832(a)(2), being advised of the nature of the charges, the superseding information, and of my rights, hereby waive in open court on <u>July 11, 2008</u>, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ATUL MALHOTRA
*Defendant*

_____
JOHN D. VANDEVELDE
*Counsel for Defendant*

Before _____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE